IN THE SUPREME COURT OF TEXAS

 No. 11-0479

 IN RE RBC CAPITAL MARKETS, LLC

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief pending mandamus review,
filed June 21, 2011, is granted. Respondent's April 26, 2011 order
granting Highland's motion for partial summary judgment, denying RBC's
cross-motion for summary judgment, and denying RBC's motion to stay is
stayed pending further order of this Court. All proceedings in Cause No.
DC-11-02034-D, styled Highland Capital Management L.P. v. RBC Capital
Markets, LLC, f/k/a RBC Capital Markets Corporation, f/k/a RBC Dominion
Securities Corporation, in the 95th District Court of Dallas County, Texas,
are also stayed pending further order of this Court, except for proceedings
relating to discovery.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 16, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk